RECTOR &c. CHURCH OF THE HOLY COMMUNION, appellants,

*v.*

PATERSON EXTENSION RAILROAD COMPANY, respondent.

On appeal from an order of the chancellor, whose opinion is reported in *1 Dick. Ch. Rep. 372.*

*Mr. Joseph D. Bedle,* for the appellants.

*Mr. John W. Taylor* and *Mr. John W. Griggs,* for the respondent.

PER CURIAM.

The order is affirmed, for the reasons given by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, GARRISON, MAGIE, REED, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, SMITH, WHITAKER—12.

*For reversal*—None.